UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
PATRICK WALSH,                                                 :
                                                               :    **ORDER DENYING PETITION**
                    Petitioner,                                :    **FOR HABEAS CORPUS**
                                                               :
        v.                                                     :    19-cv-10068 (AKH)
                                                               :
JAMES PETRUCCI, Acting Warden,                                 :
Metropolitan Correctional Complex – New                        :
York, CITY OF NEW YORK                                         :    USDC SDNY
                                                               :    DOC
                                                               :    ELECTRONICALLY FILED
                    Respondents.                               :    DOC
                                                               :    DATE FILED: 11/13/19
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The petition is denied as premature.

        A deposition in New York Supreme Court is scheduled by notice (CPLR 3102(b), 3107) or court order (CPLR 3124). A scheduling order is not an order to take a specific deposition. A petition to the district court to order a prisoner in federal custody to be produced for deposition can be considered after proper state procedure to take a deposition is shown.

        Furthermore, there has been no showing that a deposition of plaintiff at this point is a reasonable method of acquiring information. Plaintiff's counsel can obtain plaintiff's declaration, and interrogatories to the City of New York can uncover the proper individuals to sue.

        SO ORDERED.

Dated:    November 13, 2019
             New York, New York
                                           ALVIN K. HELLERSTEIN
                                         United States District Judge