UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
PATRICK WALSH,                :
                : **ORDER**
                :
      v.                : 19 Civ. 10068 (AKH)
                :
JAMES PETRUCCI, Acting Warden, Metropolitan  :
Correctional Complex – New York, CITY OF
NEW YORK,                :
                :
             Defendant.
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Pursuant to my November 13, 2019 Order denying the Petition for Writ of Habeas Corpus (ECF No. 4), the Clerk of the Court shall terminate the case.

      SO ORDERED.

Dated:    March 7, 2023              /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                  United States District Judge